FILED
JAN 0 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-327-PMP-(CWH) |
| ) | |
| ANGEL SESTEAGA, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT ANGEL SESTEAGA

On October 9, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 26, United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant ANGEL SESTEAGA to the United States of America. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 82; Plea Memorandum, ECF No. 83; Preliminary Order of Forfeiture, ECF No. 87.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ANGEL SESTEAGA.

DATED this __7th__ day of __January__ 2013.

_____
UNITED STATES DISTRICT JUDGE