UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL SESTEAGA,<br><br>Defendant. | 2:11-cr-00327-PMP-CWH<br><br>ORDER |

Having read and considered Defendant Angel Sesteaga's Motion for Resentencing (Doc. #152), and the Government's Response thereto (Doc. #153),

IT IS ORDERED that Defendant Angel Sesteaga's Motion for Resentencing (Doc. #152) is DENIED.

DATED: August 26, 2014

_____
PHILIP M. PRO
United States District Judge